# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ZAVALA, BALTAZAR § Case No. 10-35276
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/22/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/12/2012         By:  /s/DEBORAH K. EBNER
                                           Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ZAVALA, BALTAZAR § Case No. 10-35276
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 450,000.00 |
| *and approved disbursements of* | $ 15,000.00 |
| *leaving a balance on hand of* [1] | $ 435,000.00 |
| **Balance on hand:** | $ 435,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Technology Ins Co. c/o K R Vaugh/Rusin Maciorowski | 79,504.04 | 79,504.04 | 0.00 | 79,504.04 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 79,504.04 |
| Remaining balance: | $ 355,495.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 16,948.01 | 0.00 | 16,948.01 |
| Trustee, Expenses - Deborah K. Ebner, | 63.70 | 0.00 | 63.70 |
| Other Fees: Jason M. Whiteside, Whiteside & Goldberg, Ltd | 149,985.00 | 0.00 | 149,985.00 |
| Other Expenses: Jason M. Whiteside, Whiteside & Goldberg, Ltd | 10,639.26 | 0.00 | 10,639.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 177,635.97 |
| Remaining balance: | $ 177,859.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 177,859.99 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,519.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | IL Dept of Healthcare and Family Services/MRU | 8,519.57 | 0.00 | 8,519.57 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 8,519.57 |
| Remaining balance: | $ | 169,340.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 250.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Joliet Fire Dept | 250.00 | 0.00 | 250.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 250.00 |
| Remaining balance: | $ | 169,090.42 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 7,606.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | LVNV Funding LLC | 6,461.36 | 0.00 | 6,461.36 |
| 3 | Nicor Gas | 870.35 | 0.00 | 870.35 |
| 4 | City of Joliet Ambulance | 275.00 | 0.00 | 275.00 |

Total to be paid for tardy general unsecured claims: $ 7,606.71
Remaining balance: $ 161,483.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 161,483.71

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $443.99. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 161,039.72.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-35276-BWB
Baltazar Zavala                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 3            Date Rcvd: May 14, 2012
                              Form ID: pdf006           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2012.
db         +Baltazar Zavala,    502 Meeker Ave.,    Joliet, IL 60432-1644
15964336   +Ars Account Resolution,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
15964337   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15964338   +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive Ste. 400,    Chicago, IL 60606-4440
15964340   +Cba Collection Bureau,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
15964341    Chase Home Finance LLC,    PO Box 78420,    Phoenix, AZ 85062-8420
15964342   +Citi Cbsd,    Po Box 22066,   Tempe, AZ 85285-2066
18491186   +City of Joliet Ambulance,    Cab Services,    90 Barney Dr,    Joliet, IL 60435-6402
15964343   +Credit Management Cont,    Po Box 1654,    Green Bay, WI 54305-1654
15964344   +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
15964345   +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
18698758   +IL Dept of Healthcare and Family Services/MRU,    PO Box 19405,    Springfield, IL 62794-9405
15964348   +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
15964346    Joliet Fire Dept,    415 E Main St,    Streator, IL 61364-2927
15964349   +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
15964350   +Kca Finl,    628 North Street Pob 53,    Geneva, IL 60134-0053
15964353   +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
15964357   +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
18732361   +Technology Insurance Company c/o,    K.R. Vaughn/Rusin Maciorowski Friedman,
             10 S. Riverside Plaza, Suite 1530,    Chicago, IL 60606-3833,
             312-454-5110; kvaughn@rusinlaw.com

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15964347   +E-mail/Text: data_processing@fin-rec.com May 15 2012 03:40:41     Financial Recovery Services Inc.,
             P.O. Box 385908,   Minneapolis, MN 55438-5908
15964351   +E-mail/Text: bnckohlsnotices@becket-lee.com May 15 2012 02:39:59      Kohls/Chase,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18476579    E-mail/Text: resurgentbknotifications@resurgent.com May 15 2012 02:34:01      LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15964352   +E-mail/Text: resurgentbknotifications@resurgent.com May 15 2012 02:34:01      Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
15964355    E-mail/Text: bankruptcydepartment@ncogroup.com May 15 2012 04:06:45      Nco-Medclr,    Po Box 8547,
             Philadelphia, PA 19101
15964354   +E-mail/Text: BK@nationalcreditsolutions.net May 15 2012 03:23:45      National Credit Soluti,
             Po Box 15779,   Oklahoma City, OK 73155-5779
18476945   +E-mail/Text: bankrup@nicor.com May 15 2012 02:37:29     Nicor Gas,    Po box 549,
             Aurora il 60507-0549
15964356   +E-mail/Text: bankrup@nicor.com May 15 2012 02:37:29     Nicor Gas,    1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15964339   ##+Cab Serv,   60 Barney Dr,    Joliet, IL 60435-6402
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lhuley              Page 2 of 3              Date Rcvd: May 14, 2012
                              Form ID: pdf006           Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: lhuley                Page 3 of 3               Date Rcvd: May 14, 2012
                               Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2012 at the address(es) listed below:
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
          IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
          admin.assistant@debnertrustee.com
          Heather M Giannino    on behalf of Creditor   PNC Bank, National Association, successor by merger
          to National City Bank, successor by merger to National City Mortgage Co.
          heathergiannino@hsbattys.com,   shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Patrick A Meszaros    on behalf of Debtor Baltazar Zavala patrickmeszaros@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                    TOTAL: 4