**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ZAVALA, BALTAZAR                                   Case No. 10-35276
_____,          Chapter 7
Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                     Assets Exempt: $17,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $96,324.31     Claims Discharged
                                                Without Payment: $17,762.00

Total Expenses of Administration: $177,635.97

---

3) Total gross receipts of $  450,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  176,039.72 (see **Exhibit 2**), yielded net receipts of $273,960.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $219,499.82 | $79,504.04 | $79,504.04 | $79,504.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 177,635.97 | 177,635.97 | 177,635.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 8,519.57 | 8,519.57 | 8,519.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,577.00 | 8,300.70 | 8,300.70 | 8,300.70 |
| **TOTAL DISBURSEMENTS** | $245,076.82 | $273,960.28 | $273,960.28 | $273,960.28 |

4) This case was originally filed under Chapter 7 on August 06, 2010. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2012          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit | 1142-000 | 450,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$450,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Baltazar Zavala | | 8100-002 | 15,000.00 |
| ZAVALA, BALTAZAR | | 8200-002 | 161,039.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$176,039.72** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Technology Ins Co. c/o K R Vaugh/Rusin Maciorowski | 4210-000 | N/A | 79,504.04 | 79,504.04 | 79,504.04 |
| NOTFILED | PNC HOME MORTGAGE | 4110-000 | 42,300.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC HOME SERVICES | 4110-000 | 51,832.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE HOME FINANCE | 4110-000 | 125,367.82 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$219,499.82** | **$79,504.04** | **$79,504.04** | **$79,504.04** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 16,948.01 | 16,948.01 | 16,948.01 |
| Deborah K. Ebner, | 2200-000 | N/A | 63.70 | 63.70 | 63.70 |
| Jason M. Whiteside, Whiteside & Goldberg, Ltd | 3210-600 | N/A | 149,985.00 | 149,985.00 | 149,985.00 |
| Jason M. Whiteside, Whiteside & Goldberg, Ltd | 3220-610 | N/A | 10,639.26 | 10,639.26 | 10,639.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $177,635.97 | $177,635.97 | $177,635.97 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | IL Dept of Healthcare and Family Services/MRU | 5100-000 | N/A | 8,519.57 | 8,519.57 | 8,519.57 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $8,519.57 | $8,519.57 | $8,519.57 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Joliet Fire Dept | 7100-000 | 250.00 | 250.00 | 250.00 | 250.00 |
| 1I | Joliet Fire Dept | 7990-000 | 0.00 | 1.16 | 1.16 | 1.16 |
| 2 | LVNV Funding LLC | 7200-000 | 6,461.00 | 6,461.36 | 6,461.36 | 6,461.36 |
| 2I | LVNV Funding LLC | 7990-000 | 0.00 | 29.92 | 29.92 | 29.92 |
| 3 | Nicor Gas | 7200-000 | 829.00 | 870.35 | 870.35 | 870.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Nicor Gas | 7990-000 | 0.00 | 4.03 | 4.03 | 4.03 |
| 4 | City of Joliet Ambulance | 7200-000 | N/A | 275.00 | 275.00 | 275.00 |
| 4I | City of Joliet Ambulance | 7990-000 | N/A | 1.27 | 1.27 | 1.27 |
| 5I | IL Dept of Healthcare and Family Services/MRU | 7990-000 | N/A | 39.45 | 39.45 | 39.45 |
| 6I | Technology Ins Co. c/o K R Vaugh/Rusin Maciorowski | 7990-000 | N/A | 368.16 | 368.16 | 368.16 |
| NOTFILED | Nco-Medclr | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Finl | 7100-000 | 276.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Finl | 7100-000 | 684.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 231.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Svcs | 7100-000 | 269.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Asso | 7100-000 | 289.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 231.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Cont | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 289.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Svcs | 7100-000 | 381.00 | N/A | N/A | 0.00 |
| NOTFILED | CabServ | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Cba Collection Bureau | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | ARS Account Resolution | 7100-000 | 430.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Recovery Services - Chase | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cbsd | 7100-000 | 6,165.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Svcs | 7100-000 | 605.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Solution | 7100-000 | 253.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Svcs | 7100-000 | 474.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 1,253.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Svcs | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's/Chase | 7100-000 | 243.00 | N/A | N/A | 0.00 |
| NOTIFLED | CabServ | 7100-000 | 275.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $25,577.00 | $8,300.70 | $8,300.70 | $8,300.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-35276  
**Case Name:** ZAVALA, BALTAZAR  

**Period Ending:** 09/22/12

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 08/06/10 (f)  
**§341(a) Meeting Date:** 09/08/10  
**Claims Bar Date:** 04/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 502 Meeker Ave. Joliet, IL 60432 | 114,500.00 | 0.00 | | 0.00 | FA |
| 2 | 409 Clay St., Joliet, IL 60432 | 50,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings, including audio | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Workmens Comp Claim | Unknown | Unknown | | 0.00 | Unknown |
| 6 | Personal Injury Lawsuit | Unknown | Unknown | | 450,000.00 | FA |
| 7 | Workmens Compensation Case pending Workmans Comp | Unknown | 0.00 | | 0.00 | 0.00 |
| 8 | Possible 3rd party action due to workmens compen | Unknown | 0.00 | | 0.00 | 0.00 |
| **8** | **Assets Totals** (Excluding unknown values) | **$167,000.00** | **$0.00** | | **$450,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

2d claims bar date expires

PI ACTION resolved through mediation and motion to approve settlement by bankruptcy court will be heard in Feb 2012.
2nd claim bar date 2/2/2012.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** May 13, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-35276 | | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | ZAVALA, BALTAZAR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******85-66 - Checking Account |
| Taxpayer ID #: | **-***1342 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/13/12 | {6} | Gallagher Basset Services Inc | Mr. Wheeler and Airland Transport share of the settlement proceeds | 1142-000 | 100,000.00 | | 100,000.00 |
| 04/20/12 | {6} | Zurich American Insurance Co. | approved settlement | 1142-000 | 15,000.00 | | 115,000.00 |
| 04/20/12 | {6} | Travelers | approved settlement | 1142-000 | 335,000.00 | | 450,000.00 |
| 04/23/12 | 101 | Baltazar Zavala | | 8100-002 | | 15,000.00 | 435,000.00 |
| 06/24/12 | 102 | Jason M. Whiteside, Whiteside & Goldberg, Ltd | | 3220-610 | | 10,639.26 | 424,360.74 |
| 06/24/12 | 103 | Jason M. Whiteside, Whiteside & Goldberg, Ltd | | 3210-600 | | 149,985.00 | 274,375.74 |
| 06/27/12 | 104 | Technology Ins Co. c/o K R Vaugh/Rusin Maciorowski | | 4210-000 | | 79,504.04 | 194,871.70 |
| 06/27/12 | 105 | Deborah K. Ebner, | | 2200-000 | | 63.70 | 194,808.00 |
| 06/27/12 | 106 | Deborah K. Ebner | | 2100-000 | | 16,948.01 | 177,859.99 |
| 06/27/12 | 107 | IL Dept of Healthcare and Family Services/MRU | | 5100-000 | | 8,519.57 | 169,340.42 |
| 06/27/12 | 108 | LVNV Funding LLC | | 7200-000 | | 6,461.36 | 162,879.06 |
| 06/27/12 | 109 | Nicor Gas | | 7200-000 | | 870.35 | 162,008.71 |
| 06/27/12 | 110 | City of Joliet Ambulance | | 7200-000 | | 275.00 | 161,733.71 |
| 06/27/12 | 111 | Joliet Fire Dept | | 7990-000 | | 1.16 | 161,732.55 |
| 06/27/12 | 112 | LVNV Funding LLC | | 7990-000 | | 29.92 | 161,702.63 |
| 06/27/12 | 113 | Nicor Gas | | 7990-000 | | 4.03 | 161,698.60 |
| 06/27/12 | 114 | City of Joliet Ambulance | | 7990-000 | | 1.27 | 161,697.33 |
| 06/27/12 | 115 | IL Dept of Healthcare and Family Services/MRU | | 7990-000 | | 39.45 | 161,657.88 |
| 06/27/12 | 116 | Technology Ins Co. c/o K R Vaugh/Rusin Maciorowski | | 7990-000 | | 368.16 | 161,289.72 |
| 06/27/12 | 117 | ZAVALA, BALTAZAR | | 8200-002 | | 161,039.72 | 250.00 |
| 06/27/12 | 118 | Joliet Fire Dept | | 7100-000 | | 250.00 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | ACCOUNT TOTALS | 450,000.00 | 450,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 450,000.00 | 450,000.00 | |
| | Less: Payments to Debtors | | 176,039.72 | |
| | NET Receipts / Disbursements | $450,000.00 | $273,960.28 | |

{} Asset reference(s)

Printed: 09/22/2012 08:46 PM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-35276 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | ZAVALA, BALTAZAR | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******85-66 - Checking Account |
| **Taxpayer ID #:** | **-***1342 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/22/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | | | |
| | | | **Checking # 9200-******85-66** | | 450,000.00 | 273,960.28 | 0.00 |
| | | | | | $450,000.00 | $273,960.28 | $0.00 |

{} Asset reference(s)   Printed: 09/22/2012 08:46 PM   V.13.02